IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA          : CRIMINAL NO. 16-124-JWD-EWD

VERSUS                            : JUDGE DEGRAVELLES

JAMES SAVOY                       : MAGISTRATE JUDGE WILDER-DOOMES

## MOTION FOR COMPASIONATE RELEASE

**NOW INTO COURT** comes the defendant, JAMES SAVOY, Inmate No. 08607095, who respectfully moves this Honorable Court for early release for the following reasons:

1

Defendant, **JAMES SAVOY,** along with two (2) Co-Defendants, were indicted on November 2, 2016. Defendant **SAVOY** was indicted on counts two (2), three (3) and six (6) of the above mentioned indictment.

2.

Defendant pled guilty to counts two (2) and three (3) of the indictment as follows:

Count 2:      Deprivation of Civil Rights Under Color of Law, 18 U.S.C. § 242

Count 3:      Conspiracy to Obstruct Justice, 18 U.S.C §371.

3.

The defendant was sentenced to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 24 months. This term consists of 24 months as to each of counts 2 and 3, to run concurrently, for a total of 24 months. Upon release from imprisonment, the defendant shall be on supervised release for a term of: 1 year. This term shall be concurrent for counts 2 and 3. Mr. Savoy

is scheduled to be released on April 15, 2022.  Defendant, **JAMES SAVOY**, was transferred to a Federal Half-Way House, City of Faith, in Baton Rouge, La on  April 16, 2021.

4.

It is alleged that James Savoy has exhausted his administrative remedies and hereby applies to this Honorable Court to grant defendant early release.

5.

It is alleged that the First Step Act amended 18 USC §3582(c)(1)(A) to allow prisoners to file motions for modification of sentence.  Such modification can include replacing the remainder of the prison term with a term of supervised release.

6.

Pursuant to the CARES Act, the United States government has passed federal law mandating that the Bureau of Prisons review prisoners that are eligible for early release in light of the said National Health Crisis.  Defendant Savoy alleges that although he has no significant health issues, due to his current placement, he is at greater risk of contracting Covid-19, as the facility takes no measures to facilitate a safe environment.  Temperatures are not taken and mask are not required.  Additionally, the sleeping quarters for all male residents  are dormitory style, with beds being only 24 inches apart with no partitions being used.  It should also be noted that the facility does not require its residents to be vaccinated. Mr. Savoy did, however, receive his vaccine upon arrival at the half way house upon his own accord.

7.

More importantly, James Savoy was born on February 8, 1978 in Bunkie, Louisiana.  His parents divorced when he was just eight (8) years old and it is at that time that he went to live with his paternal grandparents Grace and Merlin Brevelle, whom had legal custody of him. Defendant Savoy's grandfather, Merlin Brevelle,  has recently been diagnosed with the beginning stages of Alzheimer. Mr. Brevelle is currently under the care of Dr. Ariel Antezana. Mr. Savoy has always been the primary

caretaker for his elderly grandparents. Mr. Brevelle has impaired balance and has difficulty completing simple tasks. Due to the continued decrease in his cognitive function, Mr. Savoy's grandmother is unable to care for Mr. Brevelle or their home without assistance. Mr. and Mrs Brevelle had two (2) children, both of whom preceded them in death. Since the time of Mr. Savoy's jailing, the home of Mr. and Mrs. Brevelle has been struck by two (2) hurricanes, and desperately needs repair. Additionally, the health of Mr. Brevelle has continued to decline since the time of Mr. Savoy's sentencing. Mr. Brevelle most recently underwent heart surgery. Mrs. Brevelle is seventy-seven years old and it is nearly impossible for her to provide adequate daily care for Mr. Brevelle. Please see United States v. Wooten, 2020 WL 6119321, at *1 (D. Conn. Oct. 16, 2020)

8.

Mr. Savoy is a married, father of two (2). He married Reena Gaspard on October 14, 2006, and this marriage has produced one (1) child, namely his son Austin whom is ten (11) years old. James also has a daughter, Kaylee age sixteen (17), from a prior relationship. Mr. Savoy has full custody of his daughter as her mother, Chesney Walker, was killed in an automobile accident when Kaylee was only eighteen (18) months old.

James Savoy is currently employed at Ascension Quality Materials since his arrival at the half way house. He is currently providing his own medical insurance, and will continue to provide same upon release. He has already arranged for return to his previous employer, Advanced Specialized Carriers, upon his release. Upon his release, he will reside at his home, with his wife and children.

9.

It is alleged that during Savoy's time of incarceration, he has worked full time in at the prison commissary and participated in many Adult Continuing Education Program. Additionally, he no incidents reported during his time in prison.

10.

It is alleged that the First Step Act amended 18 USC §3582(c)(1)(A) to allow prisoners to file motions

for modification of sentence. Such modification can include replacing the remainder of the prison term with a term of supervised release. Defendant Savoy has completed 75% of his sentence at the time of this filing. He is scheduled to be released to Home Confinement on February 2, 2022. Defendant, **JAMES SAVOY,** respectfully request a reduction in sentence , more specifically to be placed on Supervised Release so that he may care for his aging Grant parents.

For the above and foregoing reasons, it is respectfully submitted that this Honorable Court grant Defendant's Motion for Compassionate Release.

Respectfully submitted,
**HIGGINS LAW OFFICE**
**BY:/S/GEORGE L. HIGGINS, III**
Bar No. 06872
P. O. Box 3370
Pineville, Louisiana 71361
Telephone: (318) 473-4250
**ATTORNEY FOR DEFENDANT**
**JAMES SAVOY**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the defendant's Motion for Compassionate Release was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to the United States by operation of the court's electronic filing system.

Alexandria, Louisiana, on this 14th day of October, 2021.

_____s/ George L Higgins, III_____