Case 3.16-cr-00124-JWD-EWD    Document 415-1    10/14/21    Page 1 of 15    Page 1

# DEMOGRAPHICS

## *Merlin Brevelle*

| | | | |
|---|---|---|---|
| DOB: | 14 Dec 1937 (82 yo) | MRN: | |
| Marital Status: | Married | Maiden Last: | |
| Sex: | Male | SSN: | |
| Languages: | English | Driver's License: | LA 002204415 |
| | | Race: | White |
| | | Ethnicity: | Not hispanic or latino |

| | |
|---|---|
| Preferred Communication: | Unknown |

| | | | |
|---|---|---|---|
| Mail Address: | | Home Address: | 1751 Hwy 452 Marksville, LA 71351 |

| | | | |
|---|---|---|---|
| Home Phone: | | Work Phone: | |
| Mobile Phone: | (318) 717 - 2264 | Other Phone: | (318) 253 - 892*I* |
| Personal Email: | | Work Email: | |
| Other Email: | | | |

| | |
|---|---|
| Disclosure Notes: | alt con: Jamie Savoy (grandson) 318-359-8069 Grace Brevelle (spouse) |

## *Additional Info*

| | | | |
|---|---|---|---|
| Mother's Maiden Last Name: | | Birth Place: | |
| Birth Order: | | Nationality: | |
| Citizenship(s): | | Religious Affiliation: | |
| Education: | | | |

| | | | |
|---|---|---|---|
| Date of Death: | | Cause of Death: | |

| | |
|---|---|
| Pharmacies: | Walmart Pharmacy 1128: 7162 HWY 1, MARKSVILLE 71351 (318) 253 - 4073 (o) (318) 253 - 4075 (f) Primary |
| Primary Provider: | ARIEL ANTEZANA |
| Referred By: | |
| Notes: | |

## *Contacts*

| | | | |
|---|---|---|---|
| Responsible Party: | Self | Emergency Contact: | Responsible Party |
| Relationship to Patient: | Self | Relationship to Patient: | Self |
| Name: | MERLIN BREVELLE | Name: | MERLIN BREVELLE |
| Home Address: | 1751 Hwy 452 Marksville, LA 71351 | Home Address: | 1751 Hwy 452 Marksville, LA 71351 |
| Home Phone: | | Home Phone: | |
| Work Phone: | | Work Phone: | |
| Mobile Phone: | (318) 717 - 2264 | Mobile Phone: | (318) 717 - 2264 |
| Other Phone: | (318) 253 - 8924 | Other Phone: | (318) 253 - 8924 |
| Personal Email: | | Personal Email: | |
| Work Email: | | Work Email: | |
| Other Email: | | Other Email: | |
| Notes: | alt con: Jamie Savoy (grandson) 318-359-8069 Grace Brevelle (spouse) | Notes: | alt con: Jamie Savoy (grandson) 318-359-8069 Grace Brevelle (spouse) |

## *Insurance*

| | | | |
|---|---|---|---|
| Company Name: | Medicare of Louisiana | Insured Party: | Self |
| Plan Name: | | Name: | MERLIN BREVELLE |
| Address: | PO Box 3097 | Relationship to Patient: | Self |
| | Mechanicsburg | Mail Address: | |
| | PA | Home Phone: | |
| | 17055-1815 | Work Phone: | |
| Phone Number: | | Mobile Phone: | (318) 717 - 2264 |
| Fax Number: | | Other Phone: | (318) 253 - 8924 |
| Contact Person: | | Personal Email: | |
| Plan Type: | | Work Email: | |
| Group Name: | | Other Email: | |
| Policy Number: | 8yc1c68km19 | | |
| Group Number: | | | |
| Start/End Date: | | | |
| Copay: | $0.00 | | |

## *Recent Appointments**

| Date/Time of Visit | Provider/Resource | Visit Type | Reason for Visit | Status |
|---|---|---|---|---|
| 10/01/2020 01:00 PM | ARIEL ANTEZANA | Patient | Follow Up | Scheduled |
| 05/28/2020 01:15 PM | ARIEL ANTEZANA | Patient | Follow Up | CheckedOut |
| 12/05/2019 10:00 AM | EEGNeuro Tech 2 | Patient | EEG/Neuro | Rescheduled |
| 11/14/2019 10:30 AM | ARIEL ANTEZANA | Patient | New Pt | CheckedOut |
| 01/23/2020 02:00 PM | EMG Tech2- Antezana | Patient | EMG/NCS-A | CheckedOut |
| 12/19/2019 10:00 AM | EEGNeuro Tech 1 | Patient | EEG/Neuro | CheckedOut |
| *NOTE: Please keep in mind that if we were not to able retrieve appointments, we will display an empty list. Max 50 appointments total that includes the next 10 appointments within a year plus the most recent in the last 2 years. | | | | |

# FACE SHEET

**Merlin Brevelle**
MRN: NA
DOB: 14 Dec 1937 (82 yo)
Male

## *Allergies*

- No known allergies

## *Medications*

- **Aricept 10 mg oral tablet**
- **finasteride 5 mg oral tablet**
- **rapaflo**
- **Zetia 10 mg oral tablet**
- **aricept**
- **Plavix 75 mg oral tablet**
- **atorvastatin**
- **aspirin 81 mg oral tablet**

## *Problems*

- **Mild cognitive impairment, so stated.**
- **Unable to balance.**

## *History*

### *PMHx*

- **Cataracts**
- **Arthritis**
- **Wears glasses/contacts**

### *PSHx*

- **Carpal tunnel release surgery**
- **Hernia Repair**
- **Heart**

### *FHx*

- No family history has been documented for this patient

### *SHx*

- **Tobacco:** Former smoker
- **Alcohol:** Do not drink
- **Drug Abuse:** No illicit drug use
- **Birth Gender:** Male

### *Hospitalizations*

- No hospitalizations / procedures have been documented for this patient

### *ImplantableDevices*

- No implantable devices has been documented for this patient

# PATIENT CHART

---

## Problems List

### Active Problems
- **Mild cognitive impairment, so stated.**
- **Unable to balance.**

### Inactive Problems
- No inactive problems listed for this patient.

---

## Allergies

### Active Allergies
- No known allergies

### Inactive Allergies
- No allergy history has been documented for this patient.

---

## Medications List

### Active Medications
- **Aricept 10 mg oral tablet -** 1 tab(s) orally at every bedtime Substitution allowed. Qty: 30.0/Refills: 5. Prescribed on 23 Jan 2020 03:05 PM, by ARIEL ANTEZANA
- **finasteride 5 mg oral tablet -** Substitution allowed. Refills: 0 Entered on 14 Nov 2019 11:18 AM, by Kim Leggett
- **rapaflo -** Substitution allowed. Refills: 0 Entered on 14 Nov 2019 11:18 AM, by Kim Leggett
- **Zetia 10 mg oral tablet -** Substitution allowed. Refills: 0 Entered on 14 Nov 2019 11:18 AM, by Kim Leggett
- **aricept -** Substitution allowed. Refills: 0 Entered on 14 Nov 2019 11:17 AM, by Kim Leggett
- **Plavix 75 mg oral tablet -** Substitution allowed. Refills: 0 Entered on 14 Nov 2019 11:17 AM, by Kim Leggett
- **atorvastatin -** Substitution allowed. Refills: 0 Entered on 14 Nov 2019 11:17 AM, by Kim Leggett
- **aspirin 81 mg oral tablet -** Substitution allowed. Refills: 0 Entered on 14 Nov 2019 11:17 AM, by Kim Leggett

### Discontinued Medications
- No discontinued medications listed for this patient

---

## Vital Signs

| RECORDED | BP | HR | RR | TEMP | HT/LT. | WEIGHT | BMI | HEAD CIRC | SpO2 | INHALED O2 | COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 28 May 2020 01:22 PM | 146.0 / 83.0 | 60.0 | 16.0 | | 5' 6" | 175 lbs 0 oz | 28.25 | | | | |
| 23 Jan 2020 01:38 PM | | | | | 5' 6" | 175 lbs 0 oz | 28.25 | | | | |
| 14 Nov 2019 11:23 AM | 195.0 / 103.0 | 59.0 | 16.0 | | 5' 6" | 175 lbs 0 oz | 28.25 | | | | |

---

## Labs

| Type | Date | Order | Status | Urgency | Ordering Provider |
|---|---|---|---|---|---|
| Lab Test | 09:42:09 AM 14 Nov 2019 | Electroencephalogram awake and sleep; Neurotrax test; Electromyography B/L Lower extremities | Awaiting Results | Routine | ARIEL |
| Lab Test | 09:41:47 AM 14 Nov 2019 | RPR, TSH, Vit B12 | Awaiting Results | Routine | ARIEL |

Case 3.16-cr-00124-JWD-EWD   Document 415-1   10/14/21   Page 5 of 15

## *Notes*

| DATE | TYPE | SUBJECT | STATUS | ASSIGNED TO | Signed By | LAST UPDATED |
|------|------|---------|--------|-------------|-----------|--------------|
| 01 Jun 2020 02:09 PM | Phone | namenda 5 mg BID. # 60 3 | Complete | Monica Maddox | Monica Maddox | 01 Jun 2020 02:11 PM |
| 28 May 2020 01:15 PM | F/U | | Complete | ARIEL ANTEZANA | ARIEL ANTEZANA | 28 May 2020 02:07 PM |
| 23 Jan 2020 02:00 PM | EMG/NCS | | Complete | ARIEL ANTEZANA | ARIEL ANTEZANA | 23 Jan 2020 03:05 PM |
| 19 Dec 2019 09:43 AM | Procedure | This EEG was recorded wit | Complete | ARIEL ANTEZANA | ARIEL ANTEZANA | 05 Feb 2020 03:00 PM |
| 14 Nov 2019 10:30 AM | New Patient NMC | | Complete | ARIEL ANTEZANA | ARIEL ANTEZANA | 14 Nov 2019 11:49 AM |

**Phone Note**

**Merlin Brevelle**
DOB: 14 Dec 1937 (82 yo Male)

Visit Date: 01 Jun 2020

## *Discussion*

 namenda 5 mg BID. # 60 3 refills

Electronically signed by:
Monica Maddox
Signed on: 01 Jun 2020 02:11 PM

**F/U Note**

**Merlin Brevelle**
DOB: 14 Dec 1937 (82 yo Male)

Visit Date: 28 May 2020

## *CC*

memory impairment first follow up

## *Subjective*

Patient is 82 years old man here for follow-up. He was diagnosed with MCI. He was a started on Aricept 10 mg. Wife and patient reports he continues with some cognitive deficits which are progressing.

## *ROS*

Constitutional: (-)fever, (-)night sweats, (-)chills
Neck: (-)neck pain, (-)neck stiffness
Respiratory: (-)dyspnea, (-)cough
Gastrointestinal: (-)abdominal pain, (-)rectal pain
Musculoskeletal: (-)muscle pain, (-)back pain, (-)tender points
Neurological: See HPI.

## *Medications*

**Aricept 10 mg oral tablet** , 1 tab(s) orally at every bedtime
**finasteride 5 mg oral tablet**
**rapaflo**
**Zetia 10 mg oral tablet**
**aricept**
**Plavix 75 mg oral tablet**
**atorvastatin**
**aspirin 81 mg oral tablet**

## *Allergies*

No known allergies

## *Vitals*

28 May 2020 - 01:22 PM - recorded by Monica Maddox
BP: 146.0 / 83.0
HR: 60.0 BPM
RR: 16.0 rpm
Ht/Lt.: 5' 6.0"
Wt: 175.0 lbs
BMI: 28.25

## *Objective*

GEN: NAD
NECK: supple, NT, FROM
RESP: lungs clear to auscultation bilaterally, no rales, wheezes or rhonchi, nonlabored breathing, no use of accessory of muscles of respiration
CV: RRR, no m/r/g
GI: +BS, nontender to palpation, no masses, no HSM
EXT: no cyanosis/clubbing/edema.
Neuro  exam
Mental Status: A&Ox3 not oriented to time, able to spell world backwards; able to remember 1/3 names, unable to draw crossing pentagons and difficulties with drawing a clock.
Language: Naming, repetition, comprehension normal.
CN: CN II: Pupils equal and reactive to light. Visual fields full, fundi normal.
CN III, CN IV and CN VI: Extra-ocular movements intact.
CN V: Facial sensation intact to pinprick, light touch and temperature V1 to V2.
CN VII: Face Symmetric.
CN VIII: Hearing finger rub intact.
CN IX and X: Palate symmetric, gag reflex intact.
CN XI: sternocleidomastoid muscle strength intact.
CN XII: Tongue midline, no tongue fasciculations, no tongue atrophy.
Motor: no drift, normal bulk and tone, 5/5 strength in B/L upper and lower extremities,
Sensory: Intact to light touch, pinprick , vibration and temperature.
Reflexes: 2+ and symmetric B/L biceps, triceps, brachioradialis, patellar and ankle; Downgoing toes bilaterally.
Coordination: Finger to nose, heel-to-shin intact; rapid alternating mov't intact
Gait:Wide base, Romberg's +

## Assessment

Unable to balance (R26.89/781.2) Other abnormalities of gait and mobility modified 14 Nov, 2019
Mild cognitive impairment, so stated (G31.84/331.83) Mild cognitive impairment, so stated modified 14 Nov, 2019
Patient with MCI. He is on Aricept 10 mg with no side effects but cognition has slowed declining.
Plan
Continue Aricept 10 mg p.o. at bedtime.
Start Namenda 5 mg p.o. twice daily.
RTC in 6 months.


Patient completed work-up for MCI. He has normal EEG and dementia labs. Neurocognitive evaluation shows global score of 76 with deficits in all domains. EMG nerve conduction studies both normal.
Plan
cont. Aricept 10 mg P.o. at bedtime.
start namenda 5 mg BID.
RTC in 4 months.

## Plan

### Unable to balance

### Mild cognitive impairment, so stated

Electronically signed by:
ARIEL ANTEZANA, M.D., MD
Signed on: 28 May 2020 02:07 PM

**EMG/NCS Note**

**Merlin Brevelle**
DOB: 14 Dec 1937 (82 yo Male)

Visit Date: 23 Jan 2020

## *CC*

NCS/EMG of the BLE

## *HPI*

Mr. Brevelle is here today for NCS/EMG of the BLE. He complains of memory issues. He has no history of diabetes.

## *PMHx*

Cataracts

Arthritis

Wears glasses/contacts

## *ROS*

Constitutional: (-)fever, (-)night sweats, (-)chills
Neck: (-)neck pain, (-)neck stiffness
Respiratory: (-)dyspnea, (-)cough
Gastrointestinal: (-)abdominal pain, (-)rectal pain
Musculoskeletal: (-)muscle pain, (-)back pain, (-)tender points
Neurological: See HPI.

## *Medications*

**finasteride 5 mg oral tablet**
**rapaflo**
**Zetia 10 mg oral tablet**
**aricept**
**Plavix 75 mg oral tablet**
**atorvastatin**
**aspirin 81 mg oral tablet**

## *Allergies*

No known allergies

## *Vitals*

23 Jan 2020 - 01:38 PM - recorded by Faith Hilliard
Ht/Lt.: 5' 6.0"
Wt: 175.0 lbs
BMI: 28.25

## *EXAM*

GEN: NAD
NECK: supple, NT, FROM
RESP: lungs clear to auscultation bilaterally, no rales, wheezes or rhonchi, nonlabored breathing, no use of accessory of muscles of respiration
CV: RRR, no m/r/g
GI: +BS, nontender to palpation, no masses, no HSM
EXT: no cyanosis/clubbing/edema.
Neuro exam
Mental Status: A&Ox3 not oriented to time, able to spell world backwards; able to remember 1/3 names, unable to draw crossing pentagons and difficulties with drawing a clock.
Language: Naming, repetition, comprehension normal.
CN: CN II: Pupils equal and reactive to light. Visual fields full, fundi normal.
CN III, CN IV and CN VI: Extra-ocular movements intact.
CN V: Facial sensation intact to pinprick, light touch and temperature V1 to V2.
CN VII: Face Symmetric.
CN VIII: Hearing finger rub intact.
CN IX and X: Palate symmetric, gag reflex intact.
CN XI: sternocleidomastoid muscle strength intact.
CN XII: Tongue midline, no tongue fasciculations, no tongue atrophy.
Motor: no drift, normal bulk and tone, 5/5 strength in B/L upper and lower extremities,
Sensory: Intact to light touch, pinprick , vibration and temperature.
Reflexes: 2+ and symmetric B/L biceps, triceps, brachioradialis, patellar and ankle; Downgoing toes bilaterally.
Coordination: Finger to nose, heel-to-shin intact; rapid alternating mov't intact
Gait:Wide base, Romberg's +

## *Assesment*

Unable to balance (R26.89/781.2) Other abnormalities of gait and mobility modified 14 Nov, 2019
Mild cognitive impairment, so stated (G31.84/331.83) Mild cognitive impairment, so stated modified 14 Nov, 2019

Patient completed work-up for MCI. He has normal EEG and dementia labs. Neurocognitive evaluation shows global score of 76 with deficits in all domains. EMG nerve conduction studies both normal.

Plan
Increase Aricept 10 mg P.o. at bedtime.
RTC in 4 months.
*Unable to balance*

*Mild cognitive impairment, so stated*

MEDICATIONS:
**Aricept 10 mg oral tablet**, 1 tab(s) orally at every bedtime (Prescribed by ARIEL ANTEZANA on 23 Jan, 2020 at 03:04 PM)

Electronically signed by:
ARIEL ANTEZANA, M.D., MD
Signed on: 23 Jan 2020 03:05 PM

**Procedure Note**

**Merlin Brevelle**
DOB: 14 Dec 1937 (82 yo Male)

Visit Date: 19 Dec 2019

## *Procedure*

This EEG was recorded with standard 10-20 electrodes placement and additional EKG electrode was also placed. It was performed during wakefulness and drowsiness. Utilizing spike detection software and digital analysis.
Background Rhythm:
The waking background rhythm is characterized by alpha rhythm. This activity appears symmetric over the bilateral posterior derivations and attenuates with eyes opening.
Activation Procedure:
Photic stimulation produces symmetric driving response.
Sleep stage:
No significant asymmetries or epileptiform discharges are identified.

Interpretation:
This is a normal EEG in the awake and drowsy state. No epileptiform discharges or other abnormalities were seen. If clinically indicated, a repeat EEG with sleep deprivation will increase the chance for epileptiform activity.

## *Performed By*

Walker Nation

## *Indication*

Memory Impairment

Electronically signed by:
ARIEL ANTEZANA, M.D., MD
Signed on: 05 Feb 2020 03:00 PM

**New Patient NMC Note**

**Merlin Brevelle**
DOB: 14 Dec 1937 (82 yo Male)

Visit Date: 14 Nov 2019

## CC

memory impairment

## HPI

81 y/o WM presents to clinic referred for memory impairment. Pt is accompanied with spouse. Pt states that he forgets names, misplaces things & repeats things. Spouse states that this has been going on for about 1 year. Spouse states that she can tell pt something & he forgets.

## PMHx

Cataracts

Arthritis

Wears glasses/contacts

## PSHx

Carpal tunnel release surgery

Hernia Repair

Heart

## Implantable Devices

{"devices":[]}

## FHx

No family history has been documented for this patient

## Soc Hx

Tobacco: Former smoker
Alcohol: Do not drink
Drug Abuse: No illicit drug use
Birth Gender: Male
Comments:

## Medications

**finasteride 5 mg oral tablet**
**rapaflo**
**Zetia 10 mg oral tablet**
**aricept**
**Plavix 75 mg oral tablet**
**atorvastatin**
**aspirin 81 mg oral tablet**

## Allergies

No known allergies

## ROS

Constitutional: (-)fever, (-)night sweats, (-)chills
Neck: (-)neck pain, (-)neck stiffness
Respiratory: (-)dyspnea, (-)cough
Gastrointestinal: (-)abdominal pain, (-)rectal pain
Musculoskeletal: (-)muscle pain, (-)back pain, (-)tender points
Neurological: See HPI.

## *Vitals*

14 Nov 2019 - 11:23 AM - recorded by Kim Leggett
BP: 195.0 / 103.0
HR: 59.0 BPM
RR: 16.0 rpm
Ht/Lt.: 5' 6.0"
Wt: 175.0 lbs
BMI: 28.25

## *EXAM*

GEN: NAD
NECK: supple, NT, FROM
RESP: lungs clear to auscultation bilaterally, no rales, wheezes or rhonchi, nonlabored breathing, no use of accessory of muscles of respiration
CV: RRR, no m/r/g
GI: +BS, nontender to palpation, no masses, no HSM
EXT: no cyanosis/clubbing/edema.
Neuro exam
Mental Status: A&Ox3 not oriented to time, able to spell world backwards; able to remember 1/3 names, unable to draw crossing pentagons and difficulties with drawing a clock.
Language: Naming, repetition, comprehension normal.
CN: CN II: Pupils equal and reactive to light. Visual fields full, fundi normal.
CN III, CN IV and CN VI: Extra-ocular movements intact.
CN V: Facial sensation intact to pinprick, light touch and temperature V1 to V2.
CN VII: Face Symmetric.
CN VIII: Hearing finger rub intact.
CN IX and X: Palate symmetric, gag reflex intact.
CN XI: sternocleidomastoid muscle strength intact.
CN XII: Tongue midline, no tongue fasciculations, no tongue atrophy.
Motor: no drift, normal bulk and tone, 5/5 strength in B/L upper and lower extremities,
Sensory: Intact to light touch, pinprick , vibration and temperature.
Reflexes: 2+ and symmetric B/L biceps, triceps, brachioradialis, patellar and ankle; Downgoing toes bilaterally.
Coordination: Finger to nose, heel-to-shin intact; rapid alternating mov't intact
Gait:Wide base, Romberg's +

## *Assessment*

Unable to balance (R26.89/781.2) Other abnormalities of gait and mobility modified 14 Nov, 2019
Mild cognitive impairment, so stated (G31.84/331.83) Mild cognitive impairment, so stated modified 14 Nov, 2019
Patient has cognitive deficits affecting few ADLs but he still able to drive, and do several of his activities of daily living. On exam he has attention and visual-spatial problems.
MCI versus early stages of ADD.
CTH reports unremarkable.

Plan
will do basic dementia work-up including dementia labs, EEG, neurotrax.
Patient was found with Romberg's positive we will do EMG nerve conduction studies for evaluation of neuropathy.
RTC with results

## *Plan*

### *Unable to balance*

### *Mild cognitive impairment, so stated*

LABS/STUDIES:
**RPR, TSH, Vit B12** (Ordered by ARIEL ANTEZANA on 14 Nov, 2019 at 11:41 AM)

LABS/STUDIES:
**Electroencephalogram awake and sleep** (Ordered by ARIEL ANTEZANA on 14 Nov, 2019 at 11:42 AM)
**Neurotrax test** (Ordered by ARIEL ANTEZANA on 14 Nov, 2019 at 11:42 AM)
**Electromyography B/L Lower extremities** (Ordered by ARIEL ANTEZANA on 14 Nov, 2019 at 11:42 AM)

Electronically signed by:
ARIEL ANTEZANA, M.D., MD
Signed on: 14 Nov 2019 11:49 AM

## *Superbills*

| DATE OF VISIT | STATUS | PROVIDER | PATIENT | Dx | Procedure Codes |
|---|---|---|---|---|---|
| 28 May 2020 | Pending | ARIEL ANTEZANA | Merlin Brevelle | R26.89 / 781.2 | 99213 Office/op visit, est pt, 2 key components: expand prob hx; expand prob exam;med decision low complex |
| 23 Jan 2020 | Pending | ARIEL ANTEZANA | Merlin Brevelle | R26.89 / 781.2 | 99214 Office/op visit, est pt, 2 key components: detailed hx; detailed exam; med decision mod complexity |
| 14 Nov 2019 | Pending | ARIEL ANTEZANA | Merlin Brevelle | R26.89 / 781.2 | 99205 Office/op visit, new pt, 3 key components:comprehensive hx;comprehensiv exam;med decisn high complex |

**MERLIN BREVELLE**
DOB: 14 Dec 1937 (82 yo )

Date of Visit: 28 May 2020
Bill Provider: ARIEL ANTEZANA
Service Location: Neuro Medical Clinic of Cenla, L
3311 Prescott Rd Ste 216, Alexandria, LA, 71301-3983

| Code/Qty/Modifier | CPT Description | (ICD10/ICD9) Code Rank/Description |
|---|---|---|
| 99213 | Office/op visit, est pt, 2 key components: expand prob hx; expand prob exam;med decision low complex | 1. (R26.89/781.2) Other abnormalities of gait and mobility 2. (G31.84/331.83) Mild cognitive impairment, so stated |

Billing Status: Pending

**MERLIN BREVELLE**
DOB: 14 Dec 1937 (82 yo )

Date of Visit: 23 Jan 2020
Bill Provider: ARIEL ANTEZANA
Service Location: Neuro Medical Clinic of Cenla, L
3311 Prescott Rd Ste 216, Alexandria, LA, 71301-3983

| Code/Qty/Modifier | CPT Description | (ICD10/ICD9) Code Rank/Description |
|---|---|---|
| 99214 | Office/op visit, est pt, 2 key components: detailed hx; detailed exam; med decision mod complexity | 1. (R26.89/781.2) Other abnormalities of gait and mobility 2. (G31.84/331.83) Mild cognitive impairment, so stated |

Billing Status: Pending

**MERLIN BREVELLE**
DOB: 14 Dec 1937 (82 yo )

Date of Visit: 14 Nov 2019
Bill Provider: ARIEL ANTEZANA
Service Location: Neuro Medical Clinic of Cenla, L
3311 Prescott Rd Ste 216, Alexandria, LA, 71301-3983

| Code/Qty/Modifier | CPT Description | (ICD10/ICD9) Code Rank/Description |
|---|---|---|
| 99205 | Office/op visit, new pt, 3 key components:comprehensive hx;comprehensiv exam;med decisn high complex | 1. (R26.89/781.2) Other abnormalities of gait and mobility 2. (G31.84/331.83) Mild cognitive impairment, so stated |

Billing Status: Pending

Case 3:16-cr-00124-JWD-EWD    Document 415-1    10/14/21    Page 15 of 15

---

## *Tasks / Messages*

### *PRIORITIES*

### *REMINDERS*

- No Items

### *MESSAGES*

| SUBJECT | DATE/TIME |
|---------|-----------|
|         |           |

Case 3:16-cr-00124-JWD-EWD    Document 415-1    10/14/21    Page 15 of 15