

**Freedman Memorial Cardiology**
3311 Prescott Street, Suite 112 • Alexandria, LA 71301
Phone (318) 767-0960 • Fax (318) 767-0610

For Merlin Brevelle (DOB: 12-14-37)

Address _____ Date 5/27/21

To whom it may concern,

Mr. Brevelle is currently being treated under my care for underlying heart conditions. He recently underwent TAVR. He is unable to do any strenuous/heavy lifting at this time.

PRODUCT SELECTION PERMITTED _____ M.D.

PRODUCT SELECTION PERMITTED _____ N.P.

DISPENSE AS WRITTEN _____ M.D.

DISPENSE AS WRITTEN _____ N.P.

LABEL ☐   REPT. UT. DICT.   1  2  3  4  TIMES   P.R.N. ☐   NON-REP. ☐

Robert J. Freedman, Jr., M.D., FACC
Alan H. Younes, M.D., FACC
Salil Sethi, M.D., M.P.H.
John Wilson, APRN, FNP - PA#020392
FMC-F105 (Rev. 8/19)

Henry G. Hanley, M.D., FACC (1941-2018)
J. Michael Smith, M.D.
Mehul Bhalja, M.D., M.P.H.
Kayla Dunn, FNP

6-1-21
Marksville, LA

Dear Judge DeGravelles;

My name is Grace Brudle & my husband & I live in marksville. We were the parents of 5 children, which are now deceased & have 2 grandchildren & 2 great grands. We are both aged, 83 & 77, & my husband just recently had a heart valve replaced. I am in pretty good health for my age.

The purpose of this letter is to plea with you to allow our grandson James Savoy, who is now in a half-way house in B.R. to come home & be our caregiver. We are no longer able to do many things, such as repairs that needs to be done to our 60 yr. old home. We are living on Social Security & cannot afford to pay someone to do it for us. He was our caregiver before he went to La Tuna in N.M. in Aug. 2020. So nothing has been done since then.

You see, we raised our grandson since he was 7 & so now he is our only family we have left.

We need him here to help us &
to be with his wife & 2 children, & a
very good job awaiting for him in
Pineville.
We do "not" want to go to the Nursing
Home since we can still do little things
around the house,
It would be a great merciful act for
you to allow James to come home early.

thank You
Grace Brevelle
Marksville LA
318 253 8921

my grandson's info is;

Jame Savoy
ID 0860709 5
his at;
6753 - Cezanne Ave
B.R.
Case worker; theresa Clark @ 225-924-5757

# CERTIFICATE OF COMPLETION

*FCI LA TUNA*
**ADULT CONTINUING EDUCATION**
**SELF-PACED PROGRAM**
*CERTIFIES THAT*

## James Savoy

HAS SUCCESSFULLY COMPLETED

## World War II - *8 Hours*

*ISSUED ON*

*Jan 29, 2021*

*M. Charles, GED Teacher*

DO2-235U

# CERTIFICATE OF COMPLETION

**FCI LA TUNA**
**ADULT CONTINUING EDUCATION**
**SELF-PACED PROGRAM**
CERTIFIES THAT

## James Savoy

HAS SUCCESSFULLY COMPLETED

## Reading Mysteries-8 Hours

ISSUED ON

October 26, 2020

M. Charles, GED Teacher

# CERTIFICATE OF COMPLETION

*FCI LA TUNA*
**ADULT CONTINUING EDUCATION**
**SELF-PACED PROGRAM**
*CERTIFIES THAT*

## James Savoy

HAS SUCCESSFULLY COMPLETED

## Algebra - 8 hours

ISSUED ON

*January 4, 2021*

M. Charles, GED Teacher

D02-220U

# CERTIFICATE OF COMPLETION

*FCI LA TUNA*
*ADULT CONTINUING EDUCATION*
*SELF-PACED PROGRAM*
*CERTIFIES THAT*

## James Savoy

HAS SUCCESSFULLY COMPLETED

## Shakespeare - 8 hours

ISSUED ON

*October 2, 2020*

M. Charles, GED Teacher

STATE OF LOUISIANA

PARISH OF AVOYELLES

On this September 21, 1989, before me, Amy F. Villemarette, Notary Public, in and for the Parish of Avoyelles, State of Louisiana, duly commissioned and sworn, came and appeared:

JENNIFER BREVELLE SAVOY, legally divorced from James Savoy, Sr., who declared unto me, Notary Public, that she is legally divorced from her husband, James Savoy, Sr., and that she has legal custody of their minor son, James Savoy, Jr., and that she is his legal and biological mother.

That she is authorizing guardianship rights of her minor son, James Savoy, Jr., (Jamie) for an indefinite period, to her parents, Merlin and Grace Brevelle, married to each other and persons of the full age of majority, whose permanent mailing address is Route 1, Box 107, Marksville, Louisiana 71351.

She desires to make this authorization for the purpose of allowing her parents to allow her minor child to continue his education, without interruption, at the public school in Marksville, Louisiana and to enable them to obtain appropriate medical care, all of which are in the best interests of the minor child. Jamie has been living with his grandparents, Merlin and Grace Brevelle since May, 1989.

Her minor son does not own any property, personal or real, nor does he receive any financial assistance from any source. That she, the mother, is unemployed, she does not receive child support, nor any financial assistance from any source.

That Merlin and Grace Brevelle, the grandparents, have agreed to accept Guardianship, control, and care of her minor child for an indefinite period, for the purposes of providing to him a home and physical and medical needs, all of which are in the best interests of the minor child.

STATE OF LOUISIANA

PARISH OF AVOYELLES

THUS DONE AND SIGNED IN Marksville, Louisiana, before the undersigned competent witnesses and Notary Public, in the presence of appearer, on this 21st day of September, 1989, as of the date first above written, after a reading of

the whole.

WITNESSES:

*Tracy Bryant*

*Felice Lemoine*

*Jennifer Brevelle Savoy*
Jenifer B. Savoy

*Amy Villemarette*
NOTARY PUBLIC


THUS DONE AND SIGNED in Marksville, Louisiana, before the undersigned competent witnesses and Notary Public in the presence of appearers, on this 21st day of September, 1987, as of the date first above written, after a reading of the whole.

WITNESSES:

*Tracy Bryant*

*Felice Lemoine*

*Merlin Brevelle*
Merlin Brevelle

*Grace Brevelle*
Grace   Brevelle

*Amy Villemarette*
Notary Public